IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MOHAMMED SALIM, et al., | * | |
| Plaintiffs, | * | Civil Action No. SAG-23-0217 |
| v. | * | |
| MYSHA MANAGEMENT 4 INC., et al., | * | |
| Defendants. | * | |

## ORDER

After reviewing the Joint Motion to Approve Settlement (ECF No. __36__) filed by Plaintiffs Mohammed Salim and Rafiedul Islam (collectively, "Plaintiffs") and Defendants Mysha Management 4 Inc., America's Best Pizza, Inc., Mohammad Aktar, and Mohammed Monir (collectively, "Defendants," and together with Plaintiffs, "the Parties"), it is my determination that the Parties' settlement agreement ("the Agreement") was the product of arm's-length bargaining, the Parties were adequately represented, and the Agreement represents a fair and just resolution of Plaintiffs' claims against Defendants.  Accordingly, it is this __11th__ day of __September__, 2023, hereby ORDERED that:

1. The Motion (ECF No. __36__) is GRANTED and the Court approves the terms of the Agreement;

2. The Court shall retain continuing jurisdiction to enforce the Agreement's terms and resolve any disputes arising out of the Agreement until all payments are made under Section 2 of the Agreement;

3. The Clerk is directed to ADMINISTRATIVELY CLOSE this case, pending consummation of the settlement; and

4. Following full payment of all amounts due under the Agreement, the Parties shall notify the Court and shall file a joint motion seeking dismissal with prejudice of the above-captioned lawsuit.

_____/s/_____
Stephanie A. Gallagher
United States District Judge